# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>Joe Livingston BEAN,<br><br>                Defendant. | Case No.:   '22 MJ01858<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony)<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm<br>(Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about May 25, 2022, within the Southern District of California, Joe Livingston BEAN, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about May 25, 2022, within the Southern District of California, Joe Livingston BEAN, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Smith & Wesson, model 38 S&W Special, .38 caliber revolver, bearing serial number J320499; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                                                _____
                                                                                 Special Agent Kyle Tannehill
                                                                                 Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of May 2022.

                                                                                _____
                                                                                HON. ALLISON H. GODDARD
                                                                                U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 25, 2022, at approximately 12:45 PM, Joe Livingston BEAN, ("BEAN"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #12. BEAN was the driver, sole occupant, and registered owner of a 2004 Toyota Tacoma ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from BEAN. BEAN stated he was crossing the border to go to San Diego, California. During a preliminary inspection of the contents of BEAN's vehicle, a CBPO officer located packages that appeared to be filled with a rocky substance.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the rear passenger compartment of the vehicle.

Further inspection of the vehicle resulted in the discovery of 50 packages concealed in the rear passenger compartment of the vehicle, with a total approximate weight of 23.72 kgs (52.29 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine. In the

back seat of the vehicle, CBPOs also located a loaded Smith and Wesson, 38 S&W Special, .38 caliber revolver, bearing serial number J320499.

BEAN was placed under arrest at approximately 3:50 PM.

During a post-Miranda interview, BEAN admitted that he was going to be paid $5,000 USD to smuggle the narcotics into the United States. BEAN claimed to be driving the narcotics to Santa Ana, California. BEAN admitted to knowing that he is a convicted felon and is not allowed to possess a firearm. BEAN admitted that he possessed the firearm for the sole purpose of protecting himself and the narcotics.

Preliminary records checks revealed multiple felony convictions.

The firearm and ammunition were inspected. Preliminary checks revealed the firearm and ammunition were not manufactured in California. Therefore, the firearm and ammunition traveled in and/or affected interstate commerce to arrive in the state of California.

BEAN was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance and Title 18, United States Code, 922(g)(1), felon in possession of a firearm.