UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**(HONORABLE THOMAS J. WHELAN)**

| UNITED STATES OF AMERICA, | ) | Case No. 22CR1409-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| v. | ) | **SENTENCING HEARING** |
| | ) | |
| JOE LIVINGSTON BEAN, | ) | |
| Defendant | ) | |
| _____ | ) | |

    GOOD CAUSE APPEARING AND PREVIOUS MOTION HAVING BEEN MADE, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Monday, February 6, 2023 be continued to Monday, February 27, 2023 at 9:00 a.m..

SO ORDERED.

Date: 2/1/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE